UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAMUEL MELVIN COOPER,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 24-cr-2623-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On August 26, 2025, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for August 29, 2025 to November 21, 2025. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 28] and sets the Motion Hearing/Trial Setting on November 21, 2025 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. The parties have reached a plea agreement in this case and will schedule a change of plea hearing before the Magistrate Judge after the victims have been notified of the plea agreement as required under the Crime Victims' Rights Act, 18 U.S.C. § 3771. *See Kenna v. U.S. Dist. Ct. for C.D.Cal.*, 435 F.3d 1011, 1016 (9th Cir. 2006) (The Crime Victims' Rights Act "was enacted to make crime victims full participants in the criminal justice system.") Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//

1        Further, on January 7, 2025, Defendant filed a pretrial motion that remains pending.
2  Accordingly, the Court finds that time from January 7, 2025 to November 21, 2025 shall
3  be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.  18
4  U.S.C. § 3161(h)(1)(D).
5        IT IS SO ORDERED.
6  Dated:  8/27/2025                                   _____
7                                                       Hon. Jinsook Ohta
                                                   UNITED STATES DISTRICT JUDGE